NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
DENISE BILLUPS-SLONE (State Bar No. 151606)
denise.billups-slone@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, CITY OF PITTSBURG POLICE
CHIEF BRIAN ADDINGTON, PITTSBURG POLICE
OFFICERS ERNEST MEJIA, JASON WAITE, WILLIE
GLASPER, GABRIEL PALMA, JONATHAN ELMORE,
PATRICK BERHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MARTINEZ, Deceased, through his Co0Successors in Interest, H.R.M., Jr., a minor through his mother and Next Friend Priscilla Sandoval Vanarendonk, individually and as successor in interest for HUMBERTO ROSARIO MARTINEZ, Deceased, and A.M., a minor, through her mother and Next Friend Tina Anglin, individually and as successor in interest for HUMBERTO ROSARIO MARTINEZ, Deceased; and JAMIE ANN COX, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG, a public entity; CITY OF PITTSBURG POLICE CHIEF BRIAN ADDINGTON, in his individual and official capacities; PITTSBURG POLICE OFFICERS ERNEST MEJIA, JASON WAITE, WILLIE GLASPER, GABRIEL PALMA, JONATHAN ELMORE, PATRICK BERHAN, and DOES 1-10, Jointly and severally,<br><br>Defendants. | Case No. C17-04246 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE EXPERT DISCOVERY DEADLINE AND PRETRIAL CONFERENCE**<br>AS MODIFIED BY THE COURT<br>Judge: Hon. Richard Seeborg<br><br>PTC Date: April 11, 2019<br>Trial Date: May 6, 2019 |

STIPULATION AND ORDER TO CONTINUE
EXPERT DISCOVERY DEADLINE AND
PRETRIAL CONFERENCE, C17-04246 RS

PLAINTIFFS and DEFENDANTS, by and through their respective counsel, hereby stipulate to the following:

WHEREAS the parties are respectfully requesting that the Court continue the expert discovery deadline from March 7, 2019, to March 29, 2019, and are also requesting the Court move the Pretrial Conference in this matter from April 11, 2019, to April 26, 2019. The Court mentioned at the hearing on the Motion for Summary Judgment that even though the Court normally conducts Pretrial Conferences on Thursdays, the Court was inclined to specially set the Pretrial Conference in this case for a Wednesday or a Friday, so the parties propose Friday, April 26th for the Pretrial Conference, if the Court is amenable to that date (otherwise the parties could also do April 24th).

WHEREAS the parties require additional time to conduct expert discovery including taking the depositions of several out of state expert witnesses, which have been delayed due to difficulty in scheduling these out of state depositions, as further complicated by trial schedules of lead trial counsel for both parties. Furthermore, counsel for Defendants starts ten day wrongful death trial with Judge Tigar, starting March 4th, in *Rucks v. City of Antioch et al.*, (C16-03742 JST), which is impacting expert discovery as well, and pretrial deadlines per the current Pretrial Conference date.

WHEREAS the parties discussed these continuances with Your Honor on February 7th at the hearing on the Motion for Summary Judgment and Your Honor indicated a willingness to move these dates back per the agreement of the parties, requesting the parties file this stipulation and proposed order.

WHEREAS good cause exists to continue the expert discovery deadline as well as the date of the Pretrial Conference.

WHEREFORE, the parties by and through their respective counsel, respectfully seek an Order from the Court to continue the key deadlines in this matter as follows:

- To continue the expert discovery deadline from March 7, 2019, to March 29, 2019.
- To continue the Pretrial Conference from April 11, 2019, to April 26, 2019

IT IS SO STIPULATED

STIPULATION AND ORDER TO CONTINUE 2
EXPERT DISCOVERY DEADLINE AND
PRETRIAL CONFERENCE, C17-04246 RS

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: February 11, 2019      McNAMARA, NEY, BEATTY, SLATTERY,
                              BORGES & AMBACHER LLP


                              By: __/s/ Blechman, Noah G._____
                                  Noah G. Blechman/Amy S. Rothman
                                  Attorneys for Defendants

Dated: February 11, 2019      HADDAD & SHERWIN, LLP


                              By: __/s/ Sherwin, Julia_____
                                  Michael Haddad
                                  Julia Sherwin
                                  Maya Sorensen
                                  Attorney for Plaintiffs

### ORDER

Pursuant to the parties' stipulation and on a showing of good cause, the Court orders that the expert discovery deadline, currently set for March 7, 2019, is hereby reset to March 29, 2019, and that the Pretrial Conference, previously scheduled for April 11, 2019, will now be held on April ~~26~~ 24, 2019, at __10:00 AM__.

**IT IS SO ORDERED.**

Dated: __2/12/19_____,    By: __/s/ Richard Seeborg_____
                                   HON. RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE