NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
CAMEREN N. RIPOLI (State Bar No. 318045)
cameren.ripoli@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF PITTSBURG, CITY OF PITTSBURG POLICE
CHIEF BRIAN ADDINGTON, PITTSBURG POLICE
OFFICERS ERNEST MEJIA, JASON WAITE, WILLIE
GLASPER, GABRIEL PALMA, JONATHAN ELMORE,
PATRICK BERHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO MARTINEZ, Deceased, through his Co0Successors in Interest, H.R.M., Jr., a minor through his mother and Next Friend Priscilla Sandoval Vanarendonk, individually and as successor in interest for HUMBERTO ROSARIO MARTINEZ, Deceased, and A.M., a minor, through her mother and Next Friend Tina Anglin, individually and as successor in interest for HUMBERTO ROSARIO MARTINEZ, Deceased; and JAMIE ANN COX, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG, a public entity; CITY OF PITTSBURG POLICE CHIEF BRIAN ADDINGTON, in his individual and official capacities; PITTSBURG POLICE OFFICERS ERNEST MEJIA, JASON WAITE, WILLIE GLASPER, GABRIEL PALMA, JONATHAN ELMORE, PATRICK BERHAN, and DOES 1-10, Jointly and severally,<br><br>Defendants. | Case No. C17-04246 RS<br><br>**STIPULATION AND ORDER SHORTENING THE TIME FOR (1) DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF INTERLOCUTORY APPEAL AND (2) PLAINTIFFS' MOTION TO CERTIFY APPEAL AS FRIVOLOUS**<br><br>Judge: Hon. Richard Seeborg<br><br>PTC Date: April 24, 2019<br>Trial Date: May 6, 2019 |

PLAINTIFFS and DEFENDANTS, by and through their respective counsel, hereby stipulate to the following:

WHEREAS Defendants intend to file a Notice of Appeal, an interlocutory appeal, to the United States Court of Appeals for the Ninth Circuit, on Monday, March 25, 2019. Defendants' appeal challenges the Court's ruling denying qualified immunity for all six individually named arresting officer Defendants, regarding the Plaintiffs' Fourth Amendment claim for excessive force, per the Court's ruling on March 8th on Defendants' Motion for Summary Judgment (ECF 73). As a result of the pending appeal, Defendants now seek to have the remaining claims that are not directly the subject of the appeal stayed pending the resolution of the interlocutory appeal. Plaintiffs will be opposing the motion to stay.

WHEREAS Plaintiffs intend to file a motion to certify Defendants' interlocutory appeal as frivolous to permit trial of the appealed federal claims while the appeal proceeds in the Ninth Circuit. Defendants will be opposing this motion by Plaintiffs.

WHEREAS the parties are respectfully requesting that the Court shorten time for the hearing (if a hearing is necessary), or the briefing schedule, on both Defendants' Motion to Stay Proceedings Pending Resolution of Interlocutory Appeal and Plaintiffs' Motion to Certify Defendants' Qualified Immunity Appeal as Frivolous, in light of pending Pretrial and Trial deadlines.

WHEREAS the parties believe it is in the best interests of all involved to have these motions decided prior to the filing deadlines of various labor and time intensive pre-trial matters and for early clarity on these issues. Specifically, April 3, 2019, is the last day to meet and confer regarding pre-trial documents, April 10, 2019, is the last day to file pre-trial statement and trial pleadings, and April 15, 2019, is the last day to exchange exhibits.

WHEREAS if the briefing schedule and hearing (if necessary) are not shortened, the motions would not likely be decided until after the pre-trial filing deadlines have passed, necessitating considerable work for the parties and the court, even if this matter will be ordered stayed.

WHEREAS the parties agree that the briefing schedule could be modified as follows:

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

- Both motions filed by March 26, 2019;
- Responses in Opposition due filed by April 2, 2019;
- Replies due filed by April 5, 2019, by noon;
- Hearing, the parties defer to the Court as to whether a hearing is needed.

WHEREAS good cause exists to shorten the time for Defendants' Motion to Stay Proceedings Pending Resolution of Interlocutory Appeal and Plaintiffs' Motion to Certify Defendants' Qualified Immunity Appeal as Frivolous.

SO STIPULATED

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: March 25, 2019    McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: *Noah G. Blechman*
Noah G. Blechman/Cameren N. Ripoli
Attorneys for Defendants

Dated: March 25, 2019    HADDAD & SHERWIN LLP

By: *Michael J. Haddad*
Michael Haddad
Julia Sherwin
Maya Sorensen
Attorney for Plaintiffs

## ORDER

Pursuant to the parties' stipulation and on a showing of good cause, the Court orders that the briefing schedule for Defendants' Motion to Stay Proceedings Pending Resolution of Interlocutory Appeal and Plaintiffs' Motion to Certify Defendants' Qualified Immunity Appeal as Frivolous be shortened as follows:

- Both motions filed by March 26, 2019;
- Responses in Opposition due filed by April 2, 2019;
- Replies due filed by April 5, 2019, by noon;
- Hearing, __TBD__ .

**IT IS SO ORDERED.**

Dated: 3/25/19 , By: _/s/ Richard Seeborg_
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE