UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUMBERTO MARTINEZ, et al.,

    Plaintiffs,

v.

CITY OF PITTSBURG, et al.,

    Defendants.

Case No. 17-cv-04246-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 7, 2021.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 14, 2021, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: October 27, 2020

                                                Richard Seeborg
                                         United States District Judge