MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:    (510) 452-5500
Facsimile:    (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO ROSARIO MARTINEZ, Deceased; HUMBERTO ROSARIO MARTINEZ, JR. ("H.R.M."); A.M., a minor, through her mother and Next Friend Tina Anglin, individually and as co-successors in interest for HUMBERTO ROSARIO MARTINEZ, Deceased,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURG, a public entity; CITY OF PITTSBURG POLICE CHIEF BRIAN ADDINGTON, in his individual and official capacities; PITTSBURG POLICE OFFICERS ERNESTO MEJIA, JASON WAITE, WILLIE GLASPER, GABRIEL PALMA, JONATHAN ELMORE, PATRICK BERHAN, and DOES 1–10, Jointly and Severally.<br><br>　　　　　　Defendants. | No: 3:17-cv-04246-RS (LB)<br><br>**(**~~**PROPOSED**~~**) ORDER GRANTING PLAINTIFF A.M.'S UNOPPOSED MOTION TO APPROVE MINOR'S COMPROMISE** |

## ~~PROPOSED~~ ORDER

Plaintiff A.M.'s Unopposed Motion to Approve Minor's Compromise having come before the Court, the Court having considered the Motion and all papers filed therewith, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff A.M.'s Motion is GRANTED. Defendants, their

No. 3:17-cv-04246-RS (LB): (PROPOSED) ORDER GRANTING MOTION TO APPROVE MINOR'S COMP.　　　1

insurers and assignees shall make the payments set forth below and in **Exhibits F** and **G** to the Declaration of Julia Sherwin filed with the motion.

The monetary settlement amount is $7,300,000, with each of Humberto Martinez's two children receiving 50% of the settlement. The monetary breakdown is as follows:

- $3,650,000.00 for Plaintiff A.M., with the remainder after payment of attorneys' fees and costs and some up-front expenditures for A.M. to be put into a structured settlement for her benefit;

- $3,650,000.00 for Plaintiff Humberto Martinez, Jr.

A.M.'s portion of the settlement includes a structured settlement annuity with a present value of $2,620,000.00. These payments are to be made on account of personal injury or sickness pursuant to Section 104(a)(2) of the Internal Revenue Code of 1986 (as amended), and accordingly are tax-exempt. The annuity will provide a combination of annual and periodic payments to A.M., summarized as follows (with payments prior to age 18 paid to Tina Anglin, as mother and Next Friend of A.M., and then paid to A.M. upon reaching age 18):

- $2,300 per month beginning on March 1, 2021, for 3 years and 8 months, to help support A.M. and improve her quality of life from age 14 until she reaches age 18;

- $27,000 on A.M.'s 16th birthday, to buy and insure a car;

- $1,000 on A.M.'s 17th birthday, to pay for her senior class trip to Disneyland;

- $3,068.82 paid monthly for life beginning on her 18th birthday, guaranteed for 40 years. Payments will increase 2% annually. Payments will continue monthly for the rest of her life, and if she dies prematurely the guaranteed payments will continue to her beneficiary until September 30, 2064;

- $25,000 twice a year ($50,000 per year) beginning the summer after she reaches the age of 18 (07-15-2025), guaranteed for four years, which she can use to help pay for college;

• $30,000 twice a year ($60,000 per year) beginning the summer after she graduates college (07-15-2029), guaranteed for two years, which she can use to help pay for graduate school;

• $20,000 every 3 years for life, beginning on her 22nd birthday, guaranteed for 13 payments. Payments will increase 2% annually. Payments will continue every three years for the rest of her life, and if she dies prematurely the guaranteed payments will continue to her beneficiary until October 31, 2064. These payments can help A.M. with any unexpected expenses, to buy a new car or get repairs on her home if she needs them, or she can invest the money if she does not need it at the time it is paid.

The total tax-free guaranteed benefits paid are $3,054,139.57. The total tax-free expected payments for life are $5,764,359.29. (Sherwin Decl. **Exhibits F** and **G**).

Plaintiff A.M.'s counsel agreed to reduce their civil rights attorneys' fees and costs in order to settle this matter for the benefit of Plaintiff A.M. In addition, Plaintiff A.M.'s counsel forwarded in excess of $228,000.00 in case costs during the course of the litigation. A.M. is responsible for $111,181.16 in case costs. The reimbursement of these costs is reasonable and in A.M.'s best interest.

The Court finds that payment of the balance of A.M.'s braces in the amount of $2,755.29 is in A.M.'s best interest. The Court orders that $2,755.29 be made payable to Western Dental from A.M.'s settlement funds that are not being structured. The Court finds that A.M.'s requested new laptop with a three-year accidental damage warranty is in her best interest. The Court orders that Haddad & Sherwin LLP shall be reimbursed for $1,263.29 they have paid for A.M.'s laptop at her mother's request, from A.M.'s settlement funds that are not being structured. The remaining settlement funds that are not being structured amount to $2,300.26. The Court orders A.M.'s mother and Next Friend, Tina Anglin, to open a joint bank account with A.M., to deposit these funds into it, and to use the funds solely for A.M.'s benefit.

1        The Court finds that it is in A.M.'s best interest to receive $2,300 per month, payable to her mother, for three years and eight months beginning in March 2021 and ending when she reaches the age of majority. These funds shall be used for A.M.'s benefit, including twice-weekly tutoring, weekly psychotherapy, health insurance, dental insurance, health and dental co-pays and deductibles, transportation to and from volleyball practice and therapy, clothing, books, entertainment, and other items and activities to benefit A.M. Any funds remaining from the monthly $2,300 payments shall be deposited into the joint account owned by Ms. Anglin and A.M. Upon A.M. reaching the age of majority, she is free to close this joint account and shall receive all funds remaining in the joint account.

       To resolve this matter without Plaintiff A.M. having to bear the risk of trial, Plaintiff A.M.'s counsel have agreed to reduce their civil rights attorneys' fees to 25%. A reduced 25% fee of $912,500.00 is reasonable and in A.M.'s best interest.

       All parties, their agents, and assigns shall execute all necessary documents to complete this settlement. Defendants, their agents, and assigns shall complete all necessary documents and fund the structured settlement annuities no later than January 15, 2021.

       Defendants shall provide a check or wire transfer for the remaining $4,680,000.00 in settlement proceeds that are not being structured, made payable to "Haddad & Sherwin LLP Client Trust Account f/b/o A.M. [using her real name] and Humberto Martinez, Jr.", to arrive at the offices of Haddad & Sherwin LLP (or if wired, arrive in their Client Trust Account) no later than ten days from this Court's Order.

IT IS SO ORDERED.

Dated: December 14, 2020

HONORABLE LAUREL BEELER
United States Magistrate Judge