MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO ROSARIO MARTINEZ, Deceased, by and through his Co-Successors in Interest, HUMBERTO MARTINEZ, JR, and A.M., a minor, through her mother and Next Friend Tina Anglin; HUMBERTO MARTINEZ, JR; and A.M., individually and as successors in interest for HUMBERTO ROSARIO MARTINEZ, Deceased<br><br>Plaintiffs,<br>vs.<br><br>CITY OF PITTSBURG, a public entity; CITY OF PITTSBURG POLICE CHIEF BRIAN ADDINGTON, in his individual and official capacities; PITTSBURG POLICE OFFICERS ERNESTO MEJIA, JASON WAITE, WILLIE GLASPER, GABRIEL PALMA, JONATHAN ELMORE, PATRICK BERHAN, and DOES 1–10, Jointly and Severally<br><br>Defendants. | No. 3:17-cv-04246-LB<br><br>**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL**<br><br>Judge: Hon. Laurel Beeler |

No. 3:17-cv-04246-RS:  STIP. AND (PROPOSED) ORDER OF DISMISSAL

Plaintiffs Humberto Martinez, Jr., and A.M., a minor, through her mother and Next Friend Tina Anglin, individually and as successors in interest for Humberto Rosario Martinez, Deceased, and Defendants City of Pittsburg, Police Chief Brian Addington, and Police Officers Ernesto Mejia, Jason Waite, Willie Glasper, Gabriel Palma, Jonathan Elmore, and Patrick Berhan, have agreed to settle this matter. Pursuant to settlement agreement of the parties, the parties, by and through their attorneys, hereby stipulate to the dismissal of this matter with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: February 12, 2021        HADDAD & SHERWIN LLP

                                /s/ Julia Sherwin
                                JULIA SHERWIN
                                Attorneys for Plaintiffs

Dated: February 12, 2021        MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

                                /s/ Noah Blechman
                                NOAH BLECHMAN
                                Attorneys for Defendants

**(PROPOSED) ORDER**

Pursuant to stipulation of the parties, and for good cause, this matter is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.  IT IS SO ORDERED.

Dated: _____

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE